### HOLOWELL contᵃ SAXTON

William Holowell plaint. contᵃ Thomas Saxton junʳ maʳ of the Ship Elizabeth Defendᵗ in an action of the case for not paying the Summe of thirty Six pounds or thereabouts in money due to the plaint. for Stuffe used and worke done upon the sᵈ Ship by the plaint. and his Jmploiers by order of the sᵈ Saxton in the year 1678. with damages: . . . The Jury . . . found for the plaint. Eighteen pounds Six Shillings six pence money and costs of Court allowᵈ Sixteen Shillings and ten pence.  [ 598 ]

### HULL contᵃ MARYON &cᵃ

Capᵗⁿ John Hull plaint. contᵃ Iohn Maryon Senioʳ and Samuel Sewall Administratoʳˢ to the Estate of Thomas Batt Tanner late of Boston deceᵈ Defendᵗˢ in an action of the case for non payment of Fifty pounds in money due to the plaint. as shalbee made to appeare with damages: . . . The Jury . . . found for the plaint. Forfiture of the bond One hundred and Six pounds money and costs of Court. At Request of the partys The Court chancered this Forfiture to Sixty five pounds Six Shillings money and costs of Court allowᵈ twenty Eight Shillings.

Execution issued 4° Aug° 1679.

### SILLEY contᵃ THAYER

Thomas Silley plaint. contᵃ Zachariah Thayer Defendᵗ in an action of the case for non payment of thirty pounds money due by bond. datᵈ 19ᵗʰ February. 1678. wᵗʰ damages. . . . The Jury . . . found for the plaint. thirty pounds money and costs of Court. Vpon request of the Defendᵗ and hearing of both partys The Court chancered this Forfiture to Six pounds twelve Shillings six pence in money being in full of the condition (the plaint. owening the receipt of nine pounds) and costs of Court.